UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **ANDRE OMAR WARREN,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:21-CV-3961 |
| | § | |
| **JUSTICE PARK DRIVE HOUSTON,** | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM AND RECOMMENDATION

Pending before the Court[1] is *Pro Se* Plaintiff Andre Omar Warren's Motion to Proceed In Forma Pauperis. (Dkt. No. 6.) Courts must liberally construe an IFP application filed by a *pro se* plaintiff. *See Derise v. United States Dist. Ct. Middle Dist. of Louisiana*, No. 21-CV-432, 2021 WL 5071072, at *1 (M.D. La. Oct. 5, 2021), *report and recommendation adopted*, No. 21-CV-432, 2021 WL 5067442 (M.D. La. Nov. 1, 2021)). However, Plaintiff's one sentence motion is insufficient. The Court directs Plaintiff to the Southern District of Texas's website to find the appropriate IFP application form. Accordingly, the Court **RECOMMENDS** Plaintiff's Motion to Proceed In Forma Pauperis be **DENIED**.

The Clerk shall send copies of this Memorandum and Recommendation to the respective parties who have fourteen days from the receipt thereof to file written objections thereto pursuant to Federal Rule of Civil Procedure 72(b) and General Order 2002-13. Failure to file written objections within the time period mentioned shall bar an aggrieved party from attacking the factual

---

[1] This case was referred to the Undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72. (*See* Dkt. No. 5.)

findings and legal conclusions on appeal.

The original of any written objections shall be filed with the United States District Clerk electronically. Copies of such objections shall be mailed to opposing parties and to the chambers of the Undersigned, 515 Rusk, Suite 7019, Houston, Texas 77002.

**SIGNED** in Houston, Texas on February 17, 2022.

Sam S. Sheldon
United States Magistrate Judge